UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREFOX FARM LLC and CHRISTOPHER J. SOMMA,
   Plaintiffs,

                              v. Civil Action No. 1:25-cv-12176-RGS

SHAWN WALKER and JULIE TAYLOR (aka MEADER),
   Defendants.

### NOTICE OF RELATED ACTIONS

Pursuant to the Standing Order re: Notice of Related Actions in Cases Filed Before
Stearns, D.J. (Apr. 16, 2014), and in connection with the parties' joint statement pursuant
to Local Rule 16.1(d), Defendants Shawn Walker and Julie Taylor (aka Meader), pro se,
submit this Notice of Related Actions and identify the following actions/proceedings that
may be related to this matter.

**1.   Plaintiff's Chapter 13 Bankruptcy Proceeding (Pending)**

**Forum:** United States Bankruptcy Court, District of New Hampshire
**Case Caption:** In re Christopher J. Somma
**Chapter:** 13
**Case No.:** 22-10111-KB
**Date Filed:** April 8, 2022
**Parties:** Debtor: Christopher J. Somma; Chapter 13 Trustee: Andrew M. Dudley
**Status:** Pending
**Brief Description:** Plaintiff Christopher J. Somma is the debtor in a pending Chapter 13
bankruptcy proceeding in the District of New Hampshire. Issues in this civil action may
implicate whether any claims or causes of action asserted by Plaintiff are property of the
bankruptcy estate and/or the identity of the proper party in interest.

**2.   New Hampshire State Court Action (Plaintiffs' Related Litigation; Defendants
Dispute Relatedness)**

**Forum:** New Hampshire Superior Court, Strafford County
**Case Caption:** FireFox Farm LLC, et al. v. Holly Vaccaro-Bonanno
**Docket No.:** 219-2025-CV-00364

**Date Filed:** August 4, 2025

**Parties:** Plaintiffs: FireFox Farm LLC; Joshua Johnson; Christopher J. Somma. Defendant: Holly Vaccaro-Bonanno.

**Status:** Pending

**Brief Description:** This is a New Hampshire defamation action brought by Plaintiffs (including FireFox Farm LLC and Christopher J. Somma). Defendants are not parties to the state action. Defendants do not concede that the state action is related to the claims and defenses in this case; however, Plaintiffs have asserted a connection and have referenced 'produced materials from the state action in Plaintiffs' initial disclosures in this matter.

Defendants submit this Notice to comply with the Court's Standing Order and reserve all rights and defenses.

Respectfully submitted,

Dated:

Shawn Walker
Defendant, pro se
1 Willard Circle
Andover, MA 01810
Phone: 978-314-7691
Email: Sewalker920@gmail.com

Julie Taylor (aka Meader)
Defendant, pro se
140 Lincoln Road, Apt. 312
Lincoln, MA
Phone: 978-460-2992
Email: horseandriderbnb@gmail.com

## CERTIFICATE OF SERVICE

I certify that on _____I served the foregoing Notice of Related Actions on all counsel/parties of record via the Court's CM/ECF system (Notice of Electronic Filing).

Shawn Walker

Julie Taylor (aka Meader)